CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 30 2013

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MARY SHARON WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action Nos.: 7:12-cv-564; |
| v. | ) | 7:12-cv-615 |
| | ) | |
| NEW ENGLAND COMPOUNDING | ) | ORDER |
| PHARMACY INC. et al., | ) | |
| | ) | Hon. James C. Turk |
| Defendants. | ) | Senior United States District Judge |
| | ) | |
| BASIL E. PROFFITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| NEW ENGLAND COMPOUNDING | ) | |
| PHARMACY INC. et al., | ) | |
| | ) | |
| Defendants. | ) | |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that the Motions for Reconsideration (ECF Nos. 28, 27) are **DENIED**.

The Clerk is directed to send copies of this order to counsel of record for all parties.

ENTER: This 30th day of May, 2013.

Hon. James C. Turk
Senior United States District Judge